844

William Scott DAVIS, II,
Plaintiff–Appellant,

v.

DEPARTMENT OF STATE; Social
Security Administration,
Defendants–Appellees,

and

State of North Carolina; Wake County
North Carolina Municipal Government; Town of Cary North Carolina,
Defendants.

No. 15–2504.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: Feb. 29, 2016.

William Scott Davis, II, Appellant Pro
Se. George Maralan Kelley, III, Assistant
United States Attorney, Norfolk, Virginia,
for Appellees.

Before SHEDD and HARRIS, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William Scott Davis, II, seeks to appeal
the district court's order denying his motions for recusal, motions for relief from
judgment, and requests for permission to
file additional motions. This court may
exercise jurisdiction only over final orders,
28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C.
§ 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen
v. Beneficial Indus. Loan Corp.*, 337 U.S.
541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528
(1949). The order Davis seeks to appeal is
neither a final order nor an appealable
interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of
jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument
would not aid the decisional process.

*DISMISSED.*